UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 21-cr-20596
    Hon. Matthew F. Leitman

CLEVEN WILLIAMS, IV,

    Defendant.
_____/

**ORDER DENYING MOTIONS TO APPOINT COUNSEL (ECF Nos. 42 & 45) AND DENYING MOTION TO REDUCE SENTENCE (ECF No. 41)**

On October 18, 2021, Defendant Cleven Williams pleaded guilty to a charge of attempted interference with commerce by robbery. The Court thereafter sentenced Williams to a term of two years in custody to be followed by a term of supervised release for two years. Now before the Court is a motion by Williams for a sentence reduction under Amendment 821 to the United States Sentencing Guidelines. The motion is **DENIED**.

As explained in detail in the memorandum prepared by the Probation Department (*see* ECF No. 47), Williams is not eligible for a reduction under either Part of Amendment 821. He is not eligible under Part A because he did not receive any "status points" in the calculation of his guidelines range. And he is not eligible under Part B because his offense resulted in serious injury to the victim.

1

Also before the Court are two motions by Williams to appoint counsel. Those motions are **DENIED**. Williams does not have a colorable claim for relief under Amendment 821, and thus the appointment of counsel is neither necessary nor appropriate.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 4, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 4, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126